476 A.2d 104

Commonwealth v. Komoroski, Appellant.

Petition for Allowance of Appeal
Denied Sept. 27, 1984.

Dennis J. Clark, for appellant; John L. Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence affirmed.